

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**W. SIMONE NICHOLSON**
*Special Assistant Corporation Counsel*
(212) 356-2394
Mobile: (646) 391-6899

April 4, 2022

**VIA ECF**
Hon. Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

MEMORANDUM ENDORSED

Re: *D.O., et. al., v. N.Y.C. Dep't of Educ.*, 21-cv-10228(AJN)(GWG)

Dear Judge Nathan:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

The parties write to respectfully request an adjournment *sine die* of the initial conference set for April 6, 2022. This is the first request for an adjournment and Plaintiff consents. The parties have begun settlement discussions, and the adjournment will hopefully enable the case to be resolved without burdening the Court with conferences or motion practice. Defendant notes that our office has resolved many dozens of similar actions for IDEA fees with the Dayan firm in recent years without motion practice, and we fully expect this case to follow the same course.

Accordingly, the parties respectfully request an adjournment of the April 6, 2022 conference *sine die*, with a status letter due by May 2, 2022, either informing the Court that the case has been fully resolved, or, proposing a briefing schedule on the issue of reasonable attorneys' fees and costs.

Thank you for considering this request.

Respectfully submitted,
/s/
W. Simone Nicholson
Special Assistant Corporation Counsel

cc: Adam Dayan, Esq. (via ECF)

In the future, an application to adjourn a conference or deadline shall be directed to the judge who ordered the conference or deadline. The request to adjourn the April 6, 2022, conference sine die is granted. The parties file a status letter addressed to the undersigned by June 30, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 5, 2022